Harlen O. MORGAN, Petitioner, v. UNITED STATES FEDERAL PAROLE BOARD, UNITED STATES PENITENTIARY, AtLANTA, GEORGIA, Respondent.

No. 7399.

Circuit Court of Appeals, Fifth Circuit.

July 6, 1934.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The petition for mandamus in the above numbered and entitled cause is denied.

H. H. MOTTER, Collector of Internal Revenue for the District of Kansas, v. MENTHOLATUM COMPANY.

No. 1104.

Circuit Court of Appeals, Tenth Circuit.

June 11, 1934.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan., for appellant.

Foulston, Siefkin, Foulston & Morris, of Wichita, Kan., for appellee.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

NATIONAL CITY BANK OF NEW YORK v. Albert E. LEE, Receiver of the United Porto Rican Sugar Company of Puerto Rico.

No. 2848.

Circuit Court of Appeals, First Circuit.

July 16, 1934.

PER CURIAM.

Upon stipulation of the parties, the appeal was dismissed and the supersedeas bond canceled and discharged.

NORTH CENTRAL GAS CO., Appellant, v. Estellene CLOUSE, by William H. Clouse, Her Next Friend.

No. 9953.

Circuit Court of Appeals, Eighth Circuit.

June 2, 1934.

Rush C. Clarke, of Scottsbluff, Neb., and G. L. De Lacy, of Omaha, Neb., for appellant.

Thomas M. Morrow and William Morrow, both of Scottsbluff, Neb., for appellee.

PER CURIAM.

Affirmed, without costs to either party in this court, on condition that remittitur is filed in District Court, etc., per stipulation of parties.